UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

GEORGE KLEIN AND KIM KLEIN

                                   CASE NO. 10-02378-ABB
                                   CHAPTER 13
     Debtor(s).

_____/

## NOTICE OF PAYMENT CHANGE

    COMES NOW U. S. BANK, N. A., a Creditor in the above-styled case, and files the Notice of Payment Change.

    The Debtor's new regular monthly payment of $1,170.94 is effective March 1, 2011. The monthly payment increase is due to the tax and insurance escrow requirements.

                        DOUGLAS C. ZAHM, P.A.

                        /s/ Carol A. Lawson
                        Douglas C. Zahm, Esquire
                        Florida Bar No. 166240
                        Douglas M. Bales, Esquire
                        Florida Bar No. 0767270
                        Carol A. Lawson, Esquire
                        Florida Bar No. 132675
                        12425 28th Street North, Suite 200
                        St. Petersburg, FL 33716
                        Telephone No. (727) 536-4911
                        Fax No. (727) 539-1094
                        Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Payment Change was served as follows:

The parties identified below were served by NEF on this 1st day of March , 2011.

CARL A MORGAN, ESQUIRE
Morgan Law PA
2800 Aurora Road, Suite J
Melbourne, FL 32935

LAURIE K. WEATHERFORD
P.O. Box 3450
Winter Park, FL 32790

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. Central Blvd.,#620
Orlando, FL 32801

The parties identified below were served by U.S. Mail on this 1st day of March ,
2011.

GEORGE KLEIN
880 MOHAWK AVE
MELBOURNE, FL 32935

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Fax No. (727) 539-1094